THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. TONY WALKER, Defendant-Appellant.

(No. 73-410; ▮▮▮▮▮▮▮▮▮▮

Second District (1st Division)—January 24, 1975.

Opinion by Mr. JUSTICE GUILD.

Ralph Ruebner, of State Appellate Defender's Office, of Elgin, for appellant.

John J. Bowman, State's Attorney, of Wheaton (Malcolm F. Smith, Assistant State's Attorney, of counsel), for the People.